United States District Court
Southern District of Texas
**ENTERED**
June 02, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| ROSENDO PALACIOS, § | |
| § | |
| Petitioner, § | |
| § | |
| VS. § | CIVIL ACTION NO. 1:25-CV-00108 |
| § | |
| F VENEGAS, § | |
| § | |
| Respondent. § | |

## **ORDER**

The District Judge orders this case be referred to the randomly selected Magistrate Judge:

Ignacio Torteya, III.

Signed on June 2, 2025.

_____
Rolando Olvera
United States District Judge