United States District Court
Southern District of Texas
**ENTERED**
July 17, 2025
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROSENDO PALACIOS, "Petitioner," | § § § § § § § § | |
| v. | | |
| F. VENEGAS, "Respondent." | | Civil Action No. 1:25-cv-00108 |

### ORDER

Before the Court is the Magistrate Judge's "Report and Recommendation" (Dkt. No. 9) ("R&R"). The R&R recommends that the Court dismiss Petitioner's "Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241" (Dkt. No. 1) ("Petition") because the Court lacks subject matter jurisdiction over Petitioner's claim. Dkt. No. 9.

The R&R was published and sent to Petitioner by certified and regular mail June 9, 2025. Dkt. Nos. 9 & 10. This mail was returned as undeliverable June 11, 2025. Dkt. No. 12. Because this case's docket entered this return June 18, 2025, *id.*, objections to the R&R were due two weeks later, July 2, 2025. No objections have been filed. The Court thus reviews the magistrate judge's conclusions for plain error. See *Guillory v. PPG Indus.*, 434 F.3d 303, 308 (5th Cir. 2005).

Finding no clear error, abuse of discretion, or finding contrary to law, the R&R (Dkt. No. 9) is **ADOPTED**. Petitioner's Petition (Dkt. No. 1) is **DISMISSED without prejudice**. The Clerk of the Court is hereby **ORDERED** to close this case.

Signed on this 17th day of July, 2025.

Rolando Olvera
United States District Judge